**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff** | : | |
| **V.** | : | **CASE NO. 15-CR-63 (CKK)** |
| | : | |
| **DOUGLAS HUGHES** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF FILING

Attached to this notice is a signed "waiver" showing the consent of Mr. Hughes and his

counsel concerning an exclusion of time under the Speedy Trial Act in connection with the above

referenced case.

Respectfully submitted

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony W. Miles
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Cr. No. 15-MJ-63 (CKK)** |
| **v.** | : | |
| | : | |
| **DOUGLAS HUGHES,** | : | |
| **Defendant.** | : | |

## WAIVER

Undersigned counsel, and the defendant, hereby waive any running of the speedy trial clock as provided by 18 U.S.C. §3161 et seq. (Speedy Trial Act) from the period of May 22, 2015 and June 22, 2015. Counsel for the defendant and the Government are engaging in pretrial resolution discussions and believe that a negotiated settlement in this matter is a distinct possibility. Furthermore, counsel for the Defendant expects a voluminous amount of electronic evidence to be produced in this matter. Under these circumstances, Mr. Hughes and counsel desire additional time and ask for a waiver of the time until the time of the next status hearing which is currently scheduled for June 22, 2015.

Undersigned counsel has advised the Defendant of the Defendant's rights afforded under the Speedy Trial Act, and the Defendant freely, voluntarily, and knowingly consents to the waiver of time under the Speedy Trial Act. The Defendant is acknowledging, by his signature, that he consents to a continuance of the status hearing until June 22, 2015, and that the Speedy Trial clock will be tolled until June 22, 2015.

5/27/15
Date

Douglas Hughes
Defendant

5/26/15
Date

Tony Miles, Esq.
Counsel for Douglas Hughes

2