

ex 2 , p.2



Ex 2, p. 5



Ex 2, p.6



Ex 2, p.10



Ex 2, p. 15



Ex 2, p.20



Ex 2, p. 21



Ex 3, p.2